AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

MARIAN SOCACIU,
          Plaintiff

V.

M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.,
          Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and Address of Defendant)

Grand Circle Travel, Inc.
347 Congress Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
Boston Fish Pier, West Building, Suite 304
Boston, MA 02210
(617) 361-0800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE: JUN 1 5 2004

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 21, 2004 |
| NAME OF SERVER (PRINT) | TITLE |
| John Roberto | Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: by delivering in-hand to Brian Olson, Attorney, Grand Circle Travel, 347 Congress St., Boston, MA @ 12:45 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/04
*Date*

*Signature of Server*

92 State St, Boston, MA 02109
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.