```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

                CIVIL ACTION
                NO.04-11333-MLW

**MARIAN SOCACIU,**
  **Plaintiff,**

VS.

**M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.**
  **Defendants.**


## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **GRAND CIRCLE TRAVEL, INC.,** in the above-entitled action.

            RESPECTFULLY SUBMITTED

            By their attorneys
            **CLINTON & MUZYKA, P.C.**

            <u>**"/s/Robert E. Collins"**</u>
            **Thomas J. Muzyka**
            **BBO NO: 365540**
            **Robert E. Collins**
            **BBO NO: 555843**
            One Washington Mall
            Suite 1400
            Boston, MA 02108
            (617) 723-9165

Dated: January 5, 2005