UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIAN SOCACIU,
    Plaintiff,

VS.

M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.
    Defendants.

CIVIL ACTION
NO. 04-11333-MLW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **GRAND CIRCLE TRAVEL, INC.**, in the above-entitled action.

RESPECTFULLY SUBMITTED

By their attorneys
**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Thomas J. Muzyka
BBO NO: 365540
Robert E. Collins
BBO NO: 555843
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: January 5, 2005