UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

MARIAN SOCACIU                          *        C.A. NO.:  04 11333 MLW

     Plaintiff                         *
                                         *

v.                                      *
             *

M/S RIVER ADAGIO and                    *
GRAND CIRCLE TRAVEL, INC.               *
     Defendants                        *

* * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that The

Kaplan/Bond Group has relocated its office to:

**The Kaplan/Bond Group**
**88 Black Falcon Avenue, Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

                                 Respectfully submitted,
                                 By her attorneys,

                                 /s/ David B. Kaplan
                                 DAVID B. KAPLAN, ESQUIRE
                                 BBO NO.:  258540
                                 THE KAPLAN/BOND GROUP
                                 88 Black Falcon Avenue, Suite 301
                                 Boston, MA  02210
                                 (617) 261-0080
                                 (617) 261-1558 Fax

Dated: March 7, 2005