```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

                                      CIVIL ACTION
                                      NO.04-11333-MLW
MARIAN SOCACIU,
     Plaintiff,

VS.

M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.
     Defendants.
```

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, and after conferencing pursuant to Local Rule 16.1(B) of the United States District Court for the District of Massachusetts, hereby submit their proposed Joint Scheduling Statement.

**I.   DISCOVERY PLAN**

  A.   All factual depositions to be completed by November 15, 2005.

  B.   Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before December 15, 2005.

  C.   Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before January 16, 2006.

  D.   All expert depositions to be completed by February 15, 2006.

    E.    Final Pretrial Conference to be scheduled after March 15, 2006.

    F.    The parties will be prepared for trial on May 1, 2006. The parties reserve the right to conduct de bene esse depositions of witnesses that will be unavailable for trial until May 1, 2006.

## II. MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before July 15, 2005.

    B.    Dispositive Motions to be filed by February 22, 2006 with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

## III. CERTIFICATION

The parties hereby certify that they have conferred with their respective clients as required by the Local Rules and will file their certifications independently.

## IV. TRIAL BY MAGISTRATE JUDGE

The parties consent to trial by a Magistrate Judge at this time.

## V. SETTLEMENT

The plaintiff has tendered a written settlement demand to the defendant.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.

Respectfully Submitted,

**PLAINTIFF**                                       **DEFENDANT**

THE KAPLAN/BOND GROUP                               CLINTON & MUZYKA, P.C.,


"/s/ David B. Kaplan"                               "/s/Robert E. Collins"
David B. Kaplan                                     Thomas J. Muzyka
BBO NO: 258540                                      BBO NO: 365540
88 Black Falcon Avenue                              Robert E. Collins
Suite 301                                           BBO NO: 555843
Boston, MA  02210                                   One Washington Mall
                                                    Suite 1400
                                                    Boston, MA 02108
                                                    617-723-9165

DATED:  April 7, 2005