## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MARIAN SOCACIU**                                              **CIVIL  CASE**
                                                                 **NO. 04-11333-MLW**

        **V.**

**GRAND CIRCLE TRAVEL, INC., et al**
      **Defendant(s)**

**WOLF, D.J.**                **NOTICE OF RESCHEDULING/CANCELLATION**

The **SCHEDULING CONFERENCE** previously scheduled for **MAY 2, 2005** at **4:30 P.M.** before Judge **Wolf**, has been CANCELLED.  It has been RESCHEDULED for **MAY 11, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.

                                                               **SARA A. THORNTON**
                                                               **CLERK OF COURT**

**April 28, 2005**                        **By:**    **/s/ Dennis O'Leary**
**Date**                                               **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                         [ntchrgcnf.]