UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARIAN SOCACIU**            **CIVIL CASE**
                              **NO. 04-11333-MLW**

       **V.**

**GRAND CIRCLE TRAVEL, INC., et al**
       **Defendant(s)**

**NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** previously scheduled for **MAY 11, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **JUNE 1, 2005** at **4:00 PM** in courtroom 10 on the 5th floor.

SARA A. THORNTON
CLERK OF COURT

**May 3, 2005**            By:   /s/ Dennis O'Leary
Date                             Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                     [ntchrgcnf.]