UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11333-MLW

MARIAN SOCACIU,
    Plaintiff,

VS.

M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.
    Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| GRAND CIRCLE CORPORATION | CLINTON & MUZYKA, P.C. |
|---|---|
| *(signature)* | *(signature)* |
| Brian Olson, Esquire | Thomas J. Muzyka |
| 347 Congress Street | BBO NO. 365540 |
| Boston, MA 02210 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |

Dated: April 27, 2005