# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Tracey N. Kaplan*

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

(617) 261-0080
Fax (617) 261-1558

July 21, 2005

Dennis P. O'Leary
Deputy Clerk
United States District Court
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, MA 02210

RE: **MARIAN SOCACIU v. M/S RIVER ADAGIO and GRAND CIRCLE TRAVEL, INC.**
C.V. NO.: 04 11333 MLW

Dear Sir/Madam:

In response to the Court's Scheduling Order in the above referenced matter (see copy attached hereto), the parties state that settlement discussions pursuant to Item #8 of this Order have been held but additional medical data must be obtained.

Efforts are being made cooperatively to obtain these foreign records.

Notwithstanding the foregoing, the parties will be pleased to attend mediation proceedings.

Very truly yours,

DAVID B. KAPLAN
Attorney for Plaintiff

ROBERT E. COLLINS
Attorney for Defendants

DBK/caf

Attachment:  Scheduling Order