UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN SOCACIU,                    )<br>                                                     )<br>            Plaintiff,                      )<br>    v.                                           )<br>                                                     )<br>M/S RIVER ADAGIO, et al.,       )<br>                                                     )<br>            Defendants.               ) | CIVIL ACTION<br>NO. 04-11333-MLW |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE WOLF

[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   October 26, 2005   , I held the following ADR proceeding:

|         | SCREENING CONFERENCE |         | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| **X** | MEDIATION |         | SUMMARY BENCH/JURY TRIAL |
|         | MINI-TRIAL |         | SETTLEMENT CONFERENCE |

All parties were represented by counsel, but the plaintiff, who lives in Romania, was not present in person.

The case was:

[  ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress, however, the case should be restored to your trial list at this time. The parties may request a further referral to mediation once they have had an opportunity to complete discovery.

[  ]   Suggested strategy to facilitate settlement:

_____
_____

                                                                / s / Judith Gail Dein
                                                        Judith Gail Dein, U.S. Magistrate Judge
DATED: October 26, 2005                    ADR Provider