UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11333-MLW

MARIAN SOCACIU,
    Plaintiff,

VS.

M/S RIVER ADAGIO and
GRAND CIRCLE TRAVEL, INC.
    Defendants.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 8th day of March, 2006.

| ATTORNEY FOR PLAINTIFF, | ATTORNEY FOR DEFENDANT |
|---|---|
| *David B. Kaplan* | *Thomas J. Muzyka* |
| David B. Kaplan | Thomas J. Muzyka |
| BBO NO. 258540 | BBO NO. 365540 |
| THE KAPLAN/BOND GROUP | Robert E. Collins |
| 88 Black Falcon Avenue | BBO NO. 555843 |
| Boston, MA 02210 | CLINTON & MUZYKA, P.C. |
| (617) 261-0080 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |